UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

In re:

   GERARDO PENA                                  BK-10-10508
   MADELIZ PENA
       Debtor(s)                            CHAPTER 13

NOTICE OF FINAL CURE PAYMENT

    Pursuant to Federal Bankruptcy Rule 3002.1(f), the Trustee files Notice that the amount required to cure the default for the below claim has been paid in full and that the Debtor(s) have completed all payments under the plan.

Name of Creditor: Ocwen Loan Servicing, LLC
Trustee Claim #: 7
Last 4 digits of any number used to identify
   the Debtor's account: 0726/ARREARAGE

Final Cure Amount:

    Amount of Allowed Pre-petition Arrearage: $17,874.96
    Amount Paid by Trustee:                  $17,874.96

Monthly Ongoing Mortgage Payment is Paid:

    __ Through the Chapter 13 Trustee conduit
    _X_ Directly by the Debtor

    Within 21 days of the service of this Notice, the creditor must file and serve same on the Debtor(s), Debtor's counsel and the Trustee, pursuant to Federal Bankruptcy Rule 3002.1(g), a Statement indicating whether it agrees that the Debtor has paid in full the amount required to cure the default and whether, consistent with Bankruptcy Code §1322(b)(5), the Debtor is otherwise current on all the payments or be subject to further action of the Court including possible sanctions.

Dated: May 7, 2015            Respectfully submitted,


                                      /s/John Boyajian
                                      John Boyajian, Trustee
                                      182 Waterman Street

```
                                  Providence, RI 02906
                                  Tel:(401) 223-5550
                                  Fax:(401) 223-5548
```

CERTIFICATION

       I hereby certify that a copy of the within Notice was mailed, postage prepaid, to:

Gerardo & Madeliz Pena
216 Sumter Street
Providence, RI 02907

Ocwen Loan Servicing, LLC
PO Box 24605
Attn.: Bankruptcy Dept.
West Palm Beach, FL 33416-4605

and electronically mailed to:

John B. Ennis, Esq. at jbelaw@aol.com

Thomas E. Carlotto, Esq. at tcarlotto@shslawfirm.com

On May 7, 2015.

                                                  /s/ Martha Hunt