UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

In re:

   GERARDO PENA                                      BK-10-10508
   MADELIZ PENA
       Debtor(s)                                CHAPTER 13

## NOTICE OF CHAPTER 13 PLAN COMPLETION

The Chapter 13 trustee hereby certifies that the debtors have completed all payments under the confirmed Chapter 13 plan.

The debtors are not entitled to a discharge unless after filing a petition the debtors complete an instructional course concerning personal finance management as described in 11 U.S.C. §111.

                                        /s/John Boyajian
                                        John Boyajian
                                        Chapter 13 Trustee
                                        182 Waterman Street
                                        Providence, RI 02906
                                        Tel:(401)223-5550
                                        Fax:(401)223-5548

## CERTIFICATION

      I hereby certify that a copy of the within Notice was mailed, postage prepaid, to Gerardo and Madeliz Pena, 216 Sumter Street, Providence, RI 02907, and electronically mailed to John B. Ennis, Esq. at jbelaw@aol.com and Office of the U.S. Trustee at ustpregion01.pr.ecf@usdoj.gov on May 7, 2015.

                                        /s/ Martha Hunt